LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone     (415) 646-7160
Facsimile       (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SIMMONS, <br><br> Plaintiff, <br><br> vs. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., JOHNSON & JOHNSON COMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC. <br><br> Defendants. | Case No. C 06 1762 TEH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **HON. SENIOR JUDGE THELTON E. HENDERSON** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 18, 2006

**LEVIN SIMES KAISER & GORNICK LLP**

Emily Charley
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Thelton E. Henderson

VOLUNTARY DISMISSAL                                                     PAGE 1